THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT LEIK, Appellant.

(Argued October 8, 1934; decided October 26, 1934.)

*Robert S. Johnstone, Maxwell Shapiro* and *Edward Weinfeld* for appellant.

*William Copeland Dodge,* District Attorney (*John C. McDermott* and *Felix C. Benvenga* of counsel). for respondent.

Judgment affirmed, no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE and LEHMAN, JJ.